UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-22463-CIV-GRAHAM/WHITE

DALE H. CLINE,

    Plaintiff,

vs.

COUNSELOR TOLLIVER, et al.,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge on its screening of the plaintiff's amended complaint [D.E. 21] and defendant Tolliver's motion for extension of time to respond to the amended complaint [D.E. 22].

**THIS MATTER** was initiated when pro se Plaintiff filed a civil rights action under 42 U.S.C. § 1983, claiming that Counselor Tolliver denied him access to the courts by interfering with his ability to make photocopies of pleadings. According to the Complaint, Tolliver told him he was represented by an attorney and the attorney should make the copies. Tolliver ignored his explanation that he is *pro se* in case no. 08-25423-FC. The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Order [D.E. 3].

The Magistrate Judge conducted an initial screening pursuant to 28 U.S.C. § 1915 because the Plaintiff is proceeding in forma

pauperis. In the amended complaint, the plaintiff seeks to add Tim Ryan, the Miami-Dade Director of Rehabilitation and Corrections, holding him responsible for Tolliver's actions, and claiming failure to properly train. Plaintiff also seeks to add the Miami-Dade Corrections and Rehabilitation Department. In his Report, the Magistrate Judge recommended that the claims assigning respondeat superior liability and regarding failure to train and/or supervise against Defendant Ryan be dismissed. The Magistrate Judge also recommended that the claims against the Miami Dade Corrections Department be dismissed as Plaintiff failed to allege sufficient facts to support a claim. As such, the Magistrate Judge recommended that the Amended Complaint, wherein Plaintiff attempts to add Defendant Ryan and the Miami-Dade Corrections and Rehabilitation Department, be dismissed. Plaintiff failed to file timely objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 23] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint [D.E. 21] is **DISMISSED**. It is further

**ORDERED AND ADJUDGED** that the claims against Defendant Timothy

Ryan and the Miami Dade Department of Corrections only is **Dismissed**. It is further

**ORDERED AND ADJUDGED** that the Defendant Tolliver's motion for extension of time to respond to the amended complaint is **DENIED** as moot. It is further

**ORDERED AND ADJUDGED** that the Defendant Tolliver shall reply to the initial complaint as filed [D.E. 1] within ten days.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of February, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
    Dale H. Cline, Pro Se
    All Counsel of Record